ALD-173                                                    NOT PRECEDENTIAL

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 12-2100
_____

In re:  REGINALD YOUNG,
Petitioner

_____

On a Petition for Writ of Mandamus from the
United States District Court for the Eastern District of Pennsylvania
(Related to D.C. Crim. No. 2:05-cr-00307-003)

_____

Submitted Pursuant to Rule 21, Fed. R. App. P.
May 3, 2012
Before:  SLOVITER, FISHER AND WEIS, Circuit Judges
(Opinion filed: May 17,2012)
_____

OPINION
_____

PER CURIAM.

In this petition for mandamus, Reginald Young asks us to direct the "respondent"

to rule on his application for a certificate of appealability.  In form, the petition reads less

like a request for mandamus and more like a motion to expedite proceedings.  In any

case, it is moot; we denied Young's request for a certificate of appealability.  See United

States v. Young, C.A. No. 12-1577.  Therefore, this "mandamus petition" will be denied,

as Young has obtained the ruling he seeks to compel.  See Carr v. Am. Red Cross, 17

F.3d 671, 684 (3d Cir. 1994).